The State, ex rel. Ellis, v. Sulligan et al., Board of
Elections, et al.

(No. 40073—Decided April 8, 1966.)

Mr. J. Franklin Spruill, for relator.
Mr. Clyde W. Osborne, prosecuting attorney, Mr. Loren E.
Van Brocklin, Mr. William B. Saxbe, attorney general, and
Mr. Charles S. Lopeman, for respondents.

Per Curiam. The declaration of candidacy recites that
"* * * I hereby declare that I desire to be a candidate * * *
for election to the office of Judge—Common Pleas Court -1-2-67
for the Full Term ending—1-1-1973."
Only one county (Mahoning) is mentioned in the declara-
tion and petition. The relator and the electors signing the
petition all lived in Mahoning County, the petition was filed in
Mahoning County and respondents do not contest the state-
ment in relator's brief that there was an election to be held
for judge of the Common Pleas Court in Mahoning County
for the term from January 2, 1967, to January 1, 1973. The

relator, by his declaration and petition, could not qualify as a candidate for judge in any county other than Mahoning. The relator has sufficiently complied with the statutory requirements. A writ of mandamus is allowed.

*Writ allowed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.